IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMOND. MIMMS,

       Plaintiff,                  CV F 06 0029 AWI WMW   P

   vs.                             FINDINGS AND RECOMMENDATION
                                  RE MOTION FOR INJUNCTIVE RELIEF
                                  (DOCUMENT 3 )

J. KLARICH, et al.,

       Defendants.

       Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion for injunctive relief.

       Plaintiff has been denied leave to proceed in forma pauperis in this action. Specifically, Plaintiff's application to proceed in forma pauperis was denied pursuant to 28 U.S.C. § 1915(g), on the ground that Plaintiff has suffered three prior dismissals on the grounds of frivolousness or failure to state a claim. Plaintiff has sought an extension of time in which to file objections to the court's recommendation of dismissal for his failure to pay the filing fee. Until such time as Plaintiff pays the filing fee in full, this action can not proceed.

       Further, Plaintiff has not stated a claim as to any of the defendants, and no defendant has been served or filed a response. The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court. <u>Zepeda v. United</u>

States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983).

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive relief be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within thirty days after being served with these findings and recommendations, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).


IT IS SO ORDERED.

**Dated:   August 10, 2006**             **/s/  William M. Wunderlich**
mmkd34                                                        UNITED STATES MAGISTRATE JUDGE