IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMOND MIMMS,** | CV-F-06-0029 AWI WMW P |
| **Plaintiff**, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| **J. KLARICH, et al.,** | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| **Defendants**. | [Doc. #3] |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 11, 2006, the Magistrate Judge filed a Findings and Recommendations that recommended Plaintiff's motion for injunctive relief be denied. The Findings and Recommendations contained notice that any objections to the Findings and Recommendations were to be filed within thirty days. Over thirty days have passed and Plaintiff did not file objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper

1 | analysis.

2 |      Accordingly, the court ORDERS that:

3 | 1.    The Findings and Recommendations filed on August 11, 2006 are ADOPTED in full; and

4 | 2.    Plaintiff's motion for preliminary injunctive relief (Document #3) is DENIED.

6 | IT IS SO ORDERED.

7 | **Dated:**   **September 26, 2006**               **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE