IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMOND MIMMS,

    Plaintiff,                 CV F 06 0029 AWI WMW P

    vs.                    ORDER RE: FINDINGS &
                                   RECOMMENDATIONS (#9)

J. KLARICH, et al.,

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On July 19, 2006, findings and recommendations were entered, recommending that Plaintiff's in forma pauperis status be revoked pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be directed to pay the filing fee in full.  Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on July 19, 2006, are adopted in full; and

2.  Plaintiff's in forma pauperis status is revoked pursuant to 28 U.S.C. § 1915(g).

3.  Plaintiff is directed to pay the $250 filing fee, in full, within thirty days of the date of service of this order.  Plaintiff's failure to do so will result in dismissal of this action pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:     October 3, 2006**                                **/s/ Anthony W. Ishii**
0m8i78                                                        UNITED STATES DISTRICT JUDGE